ADVERTISING CO. v. DEPT. OF TRANSPORTATION

No. 85 PC.

Case below: 35 N.C. App. 226.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 May 1978.

AUTRY v. INSURANCE CO.

No. 94 PC.

Case below: 35 N.C. App. 628.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 May 1978.

BELL v. BRUEGGEMYER

No. 105 PC.

Case below: 35 N.C. App. 658.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

ERVIN v. TURNER

No. 61 PC.

Case below: 35 N.C. App. 265.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

FORTE v. PAPER CO.

No. 67 PC.

Case below: 35 N.C. App. 340.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 May 1978.